UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TRACEY JACKSON,

    Plaintiff,

v.

OMNI VISION, INC.,

    Defendant.
_____/

Case No. 3:16-cv-02074
Hon. Denise Page Hood

## ORDER ACCEPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION WITH PREJUDICE

This matter comes before the Court on Magistrate Judge Jeffery S. Frensley's Report and Recommendation. [Docket No. 11] Plaintiff, proceeding in pro per, filed this action on August 5, 2016, alleging that Defendants violated his rights under the Title VII. On September 7, 2016, Defendant filed a Motion to Dismiss. Although the Court ordered Plaintiff to file a response, no response was filed. On April 18, 2017, the Magistrate Judge filed the Report and Recommendation, wherein he recommends that the Court dismiss Plaintiff's cause of action, with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6). Neither party filed an objection to the Report and Recommendation.

The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusions for the proper reasons. Finding no

error in the Magistrate Judge's Report and Recommendation, the Court adopts the Report and Recommendation in its entirety.  Furthermore, as neither party has raised an objection to the Report and Recommendation, the Court finds that the parties have waived any further objections to the Report and Recommendation. *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987) (a party's failure to file any objections waives his or her right to further appeal); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

For the reasons stated above,

**IT IS ORDERED** that the Report and Recommendation [Docket No. 11, filed April 18, 2017] is **ADOPTED** as this Court's findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss [Docket No. 9] is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

s/Denise Page Hood
DENISE PAGE HOOD
DATED: May 16, 2017    UNITED STATES DISTRICT JUDGE
SITTING BY SPECIAL DESIGNATION